**MEMO ENDORSED**

**DARIUS WADIA**
**ATTORNEY AT LAW**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-16-11

DARIUS WADIA, L.L.C.
THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2208
NEW YORK, NEW YORK 10279

TELEPHONE: (212) 233-1212
FACSIMILE: (212) 571-9149
dwadia@wadialaw.com

December 5, 2011

VIA FAX (212) 805-7949
The Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*Mr. Mouton shall respond by fax to Chambers no later than December 21, 2011. SO ORDERED.*
*/s/ P. Kevin Castel, USDJ*
*12-16-11*

Re: *Donald Ellis, Robin Sampson, and Arlander Wilson v. The City of New York, et al.*
Case number 11 Civ. 3707 (PKC)

Your Honor:

I represent all three plaintiffs in the above-referenced case. I am writing pursuant to Local Civil Rule 37.2 to request an informal conference with the Court in order to raise various discovery disputes with Assistant Corporation Counsel Gregory Mouton, Jr., who is the attorney for the defendants.

Specifically, my office served the defendants with the Plaintiffs' First Set of Interrogatories and Request for Production of Documents on September 29, 2011. Although more than 30 days have passed since their service, I have not received any written responses. Despite my many efforts (including calls, emails and a hand-delivered letter) to resolve this matter short of judicial intervention, all I have received were unfulfilled promises that the responses were forthcoming.

Thank you for you consideration of this matter.

Respectfully submitted,

Darius Wadia (DW 8679)

Copy (via email): Assistant Corporation Counsel Gregory P. Mouton, Jr.